I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 7.16.12
DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RENE JACQUES LAPOINTE,

    Plaintiff,

  v.

TOLBERT et al.,

    Defendants.

Case No. EDCV 10-1926-DSF (JPR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed, nor has Plaintiff filed a Second Amended Complaint. The Court accepts the findings and recommendation of the Magistrate Judge.

    On June 28, 2012, Defendants noticed a motion to dismiss the First Amended Complaint before this Court, and on July 9, 2012, they noticed an identical motion before the Magistrate Judge. Both motions are ORDERED off calendar and are DENIED as moot in light of this Order accepting the Magistrate Judge's findings and

1  recommendation.
2      IT THEREFORE IS ORDERED that this action is dismissed for
3  failure to prosecute and for the reasons in the Magistrate Judge's
4  March 20, 2012 order dismissing with leave to amend.
5      7/16/12
6  DATED: _____     *Dale S. Fischer*
                                     ──────────────────────────
7                                    DALE S. FISCHER
                                     U.S. DISTRICT JUDGE