I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7.16.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RENE JACQUES LAPOINTE,         ) Case No. EDCV 10-1926-DSF (JPR)
                               )
            Plaintiff,         )
                               )     J U D G M E N T
      vs.                      )
                               )
TOLBERT et al.,                )
                               )
            Defendants.        )
                               )

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 7/16/12

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY