I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7.16.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE JACQUES LAPOINTE,<br><br>      Plaintiff,<br><br>vs.<br><br>TOLBERT et al.,<br><br>      Defendants. | Case No. EDCV 10-1926-DSF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 7/16/12

_Dale S. Fischer_
DALE S. FISCHER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

3